UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| G.M. SIGN, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>FINISH THOMPSON, INC.,<br><br>    Defendant. | 07 CV 5953<br><br>Hon. Judge Virginia M. Kendall<br>Hon. Mag. Judge Nolan<br><br>Removed from Circuit Court of Lake County, IL, No. 07 CH 2087 |

### DEFENDANT FINISH THOMPSON INC.'S
### OFFER OF JUDGMENT
### (*Fed. R. Civ. P. 68*)

To:  G.M.SIGN, INC., an Illinois Corporation,  Phillip A. Bock
   Plaintiff, c/o Brian J. Wanca       DIAB & BOCK
   ANDERSON & WANCA        134 N. LaSalle Street, #1000
   3701 Algonquin Road, Suite 760     Chicago, IL 60602
   Rolling Meadows, IL 60008

FINISH THOMPSON, INC., Defendant, offers to allow judgment to be taken against it in the matter in the sum of $2,500.00. The sum set out in this offer includes all costs incurred to date. This offer is made pursuant to the provisions of *Rule 68 of the Federal Rules of Civil Procedure* and will be deemed withdrawn unless you serve a written notice of acceptance of the offer within 10 days of the date that it was served on you.

Dated: May 20, 2008

                   FINISH THOMPSON, INC.

            BY:  _____
                 Stephen J. Schlegel
                 One of its attorneys

1

## CERTIFICATE OF SERVICE

I, the undersigned, state that on May 20, 2008, I served a true and correct copy of Defendant's Offer of Judgment, on the parties listed below via U.S. Mail, by depositing it in the U.S. Mail receptacle at 111 W. Washington Street, Chicago, Illinois at or before 5:00 p.m., with proper postage prepaid to the addresses listed below.

Brian J. Wanca
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847-369-1500

Phillip A. Bock
Diab & Bock, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
312-658-5500

Stephen J. Schlegel ARDC# 2486903
Stephen J. Schlegel, Ltd.
Attorneys for Defendant
111 W. Washington Street, Suite 1020
Chicago, IL 60602
312-346-8385